ACCEPTED
06-15-00050-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/14/2015 4:34:53 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00050-CR

## IN THE COURT OF APPEALS

## SIXTH COURT OF APPEALS DISTRICT

## TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/15/2015 10:53:00 AM
DEBBIE AUTREY
Clerk

---

### BRAD ALLEN DUNN
**Appellant**

### V.

### STATE OF TEXAS
**State**

---

## MOTION TO WITHDRAW

---

TO THE HONORABLE COURT OF APPEALS

NOW COMES, CRAIG A. FLETCHER, court-appointed attorney for BRAD ALLEN DUNN, Appellant, and respectfully requests that he be allowed to withdraw from that representation in each case, and would show as follows, to-wit:

1. Counsel was appointed to represent Appellant after the sentencing hearing in this case.

2. Counsel has filed an Appellate Brief, pursuant to *Anders v. California*, 386 U.S. 738 (1967). As counsel believes there are no meritorious issues for appeal, there is no need for continued representation by counsel.

3. Attached hereto as Exhibit "A" is a copy of a letter sent by certified mail return receipt requested to Appellant by Counsel. Counsel enclosed a copy of Appellant's Brief with this letter. Counsel is providing a copy of the record to Appellant. The letter informs Appellant of his right to file a *pro se* Brief, and to seek an extension of time to do so.

RESPECTFULLY SUBMITTED,

**CRAIG A. FLETCHER**
Attorney for Appellant
110 S. Bolivar, Ste 210
Marshall, Texas 75670
TELEPHONE: (903) 503.7676
TELEFAX: (903) 503.7680
Email: craig@craigfletcherlaw.com

By: _____
CRAIG A. FLETCHER
TBA # 00792506
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Counsel's *Motion to Withdraw* was delivered (US Mail / Hand-Delivery / Tele-fax / Email) to the attorney for the state and mailed to:

BRAD ALLEN DUNN
TDCJ-ID 01988053
% Texas Department Criminal Justice
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

by depositing same, enclosed in postage paid, properly addressed wrapper, in a Post Office or official depository, under the care and custody of the United States Postal Service, or by other recognized means (hand-delivery) pursuant to the Rules of Appellate Procedure, on the date of filing hereof.

_____
CRAIG A. FLETCHER